UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------- X

UNITED STATES OF AMERICA,

Plaintiff,

v.

DELTORA ENTERPRISES GROUP CO. LTD.,

Claimant,

v.

ALL ASSETS HELD IN RAYMOND JAMES & ASSOCIATES, INC. ACCOUNT NUMBER XXXX4539, IN THE NAME OF DELTORA ENTERPRISES GROUP CO. LTD., AND ALL FUNDS TRACEABLE THERETO,

Defendant *in rem*.

-------------------------------------- X

**DISMISSAL OF CLAIM AND DECREE OF FORFEITURE AND ORDER FOR DELIVERY**

Civil Action No. 19-CV-377

(Kuntz, J.)
(Kaminsky, M.J.)

WHEREAS, Plaintiff, United States of America, commenced the above-captioned action (the "Action") by filing a Verified Complaint *in rem* (the "Complaint") on or about January 18, 2019, seeking the forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), of the defendants *in rem*, *i.e.*, all assets held in Raymond James & Associates, Inc. Account Number XXXX4539, in the Name of Deltora Enterprises Group Co. Ltd., and all funds traceable thereto (the "Defendant Assets") (ECF No. 1);

WHEREAS, this Court issued a Warrant for the Arrest of Articles *in rem* on or about February 5, 2019, authorizing the seizure of the Defendant Assets (ECF No. 4);

WHEREAS, notice of the Action was published on an official internet government forfeiture website, www.forfeiture.gov, for at least thirty (30) consecutive days, beginning January 23, 2019, and ending February 21, 2019, in accordance with Rule G(4)(a)(iv)(C) of the

Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (ECF No. 11);

WHEREAS, Plaintiff served direct notice of the Action, including a copy of the Complaint, on Deltora Enterprises Group Co. Ltd. ("Deltora"), Gonzalo Eduardo Monteverde Bussalleu ("Monteverde"), and Maria Isabel Carmona Bernasconi ("Carmona"), the only known potential claimants to the Defendant Assets, through their known counsel, Andrew Feldman;

WHEREAS, Deltora, Monteverde, and Carmona (collectively, "Claimants") each filed claims to the Defendant Assets on or about February 20, 2019 (ECF Nos. 7-9);

WHEREAS, on or about April 3, 2019, the Court stayed the Action upon Plaintiff's motion pursuant to 18 U.S.C. § 981(g)(1) (the "Stay") (Order, Apr. 3, 2019);

WHEREAS, on or about September 19, 2022, the Court lifted the Stay upon Plaintiff's motion (ECF No. 38);

WHEREAS, Claimants filed motions to dismiss the Action for due process violations ("Due Process Motion") and for failure to state a claim ("Rule 12(b)(6) Motion"), respectively, on or about October 31, 2022, and November 9, 2022 (ECF Nos. 39-40);

WHEREAS, Plaintiff opposed the Due Process Motion and cross-moved to strike the individual claims of Monteverde and Carmona for lack of standing on or about December 9, 2022 (ECF No. 43-45);

WHEREAS, Plaintiff opposed the Rule 12(b)(6) Motion on or about January 13, 2023 (ECF Nos. 50-51);

WHEREAS, on or about December 18, 2025, the Court, among other things, denied Claimants' Due Process Motion and Rule 12(b)(6) Motion, and struck the individual claims of Monteverde and Carmona for lack of standing (ECF No. 95);

WHEREAS, on or about June 22, 2026, Deltora's counsel moved to withdraw from his representation of Deltora, the sole remaining claimant in the Action (the "Withdrawal Motion") (ECF No. 129);

WHEREAS, on or about July 29, 2026, the Court granted the Withdrawal Motion and set a deadline of August 13, 2026, for Deltora to appear in the Action through new counsel (Minute Entry dated July 29, 2026);

WHEREAS, no attorney has filed a notice of appearance in this Action on behalf of Deltora, and corporate entities cannot appear in federal court other than through counsel; and

WHEREAS, no other person or entity has filed a claim to, or asserted an ownership interest in, the Defendant Assets, and the time to do so has expired;

UPON the Declaration of Laura D. Mantell, Assistant United States Attorney, dated October 22, 2026, and upon all papers filed and proceedings had herein, and pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C):

1. The claim of Deltora Enterprises Group Co. Ltd. is hereby dismissed.

2. Pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), the Defendant Assets, currently worth approximately $6,873,240.60, are hereby forfeited and condemned to the use and benefit of the United States for the reasons set forth in the Complaint.

3. The United States Marshals Service and/or the Federal Bureau of Investigation, and their respective agents or contractors, shall dispose of the Defendant Assets in accordance with all applicable laws and regulations.

4. This Court shall retain jurisdiction over the Action to enforce this Dismissal of Claim and Decree of Forfeiture and Order for Delivery.

5. The Clerk of this Court shall forward four (4) certified copies of this Dismissal of Claim and Decree of Forfeiture and Order for Delivery to the United States Attorney for the Eastern District of New York, Attention: Jennifer Lai, FSA Senior Law Clerk, 271-A Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

Dated: Brooklyn, New York
October 28, 2026

SO ORDERED:

**s/WFK**

HONORABLE WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE